The John F. Trainor Company, Respondent, v. G. Amsinck & Company, Inc., Appellant.— Judgment affirmed, with costs, on the authority of *Trainor Co. v. Amsinck & Co., Inc.* (199 App. Div. 693). Page, J., dissenting on dissenting

opinion therein of Smith, J. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.